STATE OF HAWAII, Plaintiff-Appellee,
*v.* ANTONE BREMER, also known as
ANTONE TORRES, Defendant-Appellant

No. 5099

December 29, 1971

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* This case raises the issue of whether the credibility of a criminal defendant may be impeached at trial by reference to prior criminal convictions.

The identical issue was resolved in *State v. Santiago,* 53 Haw. 254, 492 P.2d 656 (1971).

Since this case arises on direct review, our ruling in *Santiago* will be applied to this case.

Reversed and remanded.

*James Blanchfield,* Deputy Public Defender, for defendant-appellant.

*Leland H. Spencer,* Deputy Prosecuting Attorney *(Barry Chung,* Public Prosecutor, with him on the brief), for plaintiff-appellee.